■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP SINCERE HUNTER, Appellant. [22 NYS3d 905]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered December 22, 2010, convicting him of rape in the second degree and criminal sexual act in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the duration of the order of protection issued at the time of sentencing is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Nieves*, 2 NY3d 310, 316-318 [2004]; *People v Deal*, 115 AD3d 975, 976 [2014]; *People v Maxineau*, 78 AD3d 732, 732 [2010]; *People v Varner*, 39 AD3d 882, 882 [2007]), and we decline to reach it in the exercise of our interest of justice jurisdiction.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Chambers, J.P., Sgroi, Miller and LaSalle, JJ., concur.